AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

KRISTINA LAFRANCE

APPEARANCE

CASE NUMBER: 1:07-MJ 76A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KRISTINA LAFRANCE

I certify that I am admitted to practice in this court.

7-23-07
*Date*

Robert B. Mann
*Signature*

Robert MANN *Print Name*
0153 *Bar Number*

610 TURKS HD PL.
*Address*

PROV *City*
RI *State*
02903 *Zip Code*

351-5770 *Phone Number*
521-4305 *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.