RECEIVED
U.S. MARSHALS SERVICE
JUL 23 2007
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

KRISTINA LaFRANCE, a/k/a Anna Ohoban
DOB 1970

## WARRANT FOR ARREST

Case Number: 1:07MJ76 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kristina LaFrance, a/k/a Anna Ohoban
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

7/23/07 Providence, RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hawkins Street Providence, RI by FBI | | |
| DATE RECEIVED 07/23/2007<br>DATE OF ARREST 07/23/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |